IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZEEL M. PATEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:25-cv-101 |
| | ) | |
| **PAM BONDI,** ATTORNEY GENERAL OF THE UNITED STATES; **KRISTI NOEM,** SECRETARY OF HOMELAND SECURITY; **TODD LYONS,** ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) ) ) ) ) | JUDGE SUSAN PARADISE BAXTER *(Electronic Filing)* |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Zeel M. Patel ("Plaintiff") and Defendants, Pam Bondi, Attorney General of the United States, Kristi Noem, Secretary of Homeland Security, and Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement ("ICE") (collectively, "Defendants"), by and through undersigned counsel, hereby jointly stipulate to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in support thereof state as follows:

1. Plaintiff brings this action arising out of allegations that her Student and Visitor Exchange Information System ("SEVIS") record was wrongfully terminated. ECF No. 1.

2. On April 25, 2025, ICE provided the following notice to Defendants' counsel.

ICE is developing a policy that will provide a framework for SEVIS record terminations. Until such a policy is issued, the SEVIS records for plaintiff in this case (and other similarly situated plaintiffs) will remain Active or shall be re-activated if not currently active. ICE maintains the authority to terminate a SEVIS record for other reasons, such as if a student fails to maintain his or her nonimmigrant status after the record is reactivated or engages in other unlawful activity that would render him or her removable from the United States under the Immigration and Nationality Act.

3. Plaintiff's SEVIS record has been reactivated.

1

4. Accordingly, Plaintiff's claims are now moot, and the parties jointly stipulate that this action be dismissed without prejudice.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to voluntarily dismiss Plaintiffs' claims without prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Respectfully submitted,

*/s/ Christopher M. Casazza*
CHRISTOPHER M. CASAZZA
Palladino, Isbell & Casazza, LLC
1528 Walnut Street, Suite 1701
Philadelphia, PA 19102
Tel: (215) 576-9000
Email: Chris@piclaw.com
PA Bar ID No. 309567

*/s/ Brian Scott Green*
BRIAN SCOTT GREEN
Law Office of Brian Green
9609 S. University Boulevard, #630084
Littleton, CO 80130
BrianGreen@greenUSimmigration.com
Tel.: (443) 799-4225
Fax: (323) 285-0056
Email: Briangreen@greenusimmigration.com
*Counsel for Plaintiff*

TROY RIVETTI
Acting United States Attorney


*Paul E. Skirtich*
PAUL E. SKIRTICH
Assistant U.S. Attorney
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel.:  (412) 894-7418
Fax:  (412) 644-6995
paul.skirtich@usdoj.gov
PA ID No. 30440

*/s/ Amy K. Ream*
AMY K. REAM
Assistant U.S. Attorney
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel.:  (412) 894-7452
Fax:  (412) 644-6995
Amy.Ream@usdoj.gov
PA ID No. 309336
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2025, a true and correct copy of the within *Joint Stipulation of Dismissal* was served by CM/ECF upon all counsel of record.

          */s/ Christopher M. Casazza*
          CHRISTOPHER M. CASAZZA
          Palladino, Isbell & Casazza, LLC
          1528 Walnut Street, Suite 1701
          Philadelphia, PA 19102
          Tel: (215) 576-9000
          Email: Chris@piclaw.com
          PA Bar ID No. 309567